# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ronald Ray Campbell ) | Case No: 5:12-CR-00016-1 |
| ) | USM No: 17792-021 |
| Date of Original Judgment: October 3, 2013 ) | Joseph E. East |
| Date of Previous Amended Judgment: N/A ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __115__ months **is reduced to** __97 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 18 2015
CLERK _____
SO. DIST. OF GA

Except as otherwise provided above, all provisions of the judgment dated __October 3, 2013,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __May 18, 2015__

Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: __November 1, 2015__
*(if different from order date)*

Printed name and title